```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Betty Julien,                                              :
                                                           :           ORDER
                        Plaintiff,                         :
                                                           :           21-CV-7671 (KHP)
        -against-                                          :
                                                           :
Commissioner of Social Security,                           :
                                                           :
                        Defendant.                         :
-----------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court has received Plaintiff's motion for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and a memorandum of law and exhibits in support. (ECF Nos. 24-26.) Within two weeks, the parties shall either file a stipulation awarding such fees, or Defendant shall file its opposition.

**SO ORDERED.**

Dated:   September 1, 2022
         New York, New York

_Katharine H. Parker_

KATHARINE H. PARKER
United States Magistrate Judge